IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BERNADETTE MALDONADO,**

    Plaintiff,

v.                                                                                           No. 22-cv-0554 MIS/SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of the**
**Social Security Administration,**

    Defendant.

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS**

THIS MATTER is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* with Financial Affidavit Pursuant to 28 U.S.C. § 1915 [Doc. 2], filed on July 26, 2022. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Proceed *in Forma Pauperis* [Doc. 2] be **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

                                                                                    _____

                                                                                    **STEPHAN M. VIDMAR**
                                                                                     **United States Magistrate Judge**